# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| JOHN R. SENESAC, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | 07-cv-536-jcs |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

IT IS ORDERED that the decision of defendant Michael J. Astrue, Commissioner of Social Security, is AFFIRMED and plaintiff John R. Senesac's appeal is DISMISSED.

THERESA M. OWENS

Theresa M. Owens, Clerk

by Deputy Clerk

4/10/08
Date